UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ALFRED WHITE,

              Defendant.

96-Cr-1123 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant Alfred White's most recent successive motion brought pursuant to 28 U.S.C. § 2255. (ECF No. 109.) The U.S Court of Appeals for the Second Circuit previously granted White leave, in light of *Johnson v. United States*, 576 U.S. 591 (2015), and *United States v. Davis* 139 S. Ct. 2319 (2019), to file a successive section 2255 motion, as well as to amend and supplement his two prior successive motions. (ECF No. 104; *see* Def.'s Mots., ECF Nos. 97, 100, 109.) The Court has also received White's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 105.) Accordingly,

    IT IS HEREBY ORDERED that:

1. The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

2. The Federal Defenders is directed to represent defendant in both his section 2255 motion and his pending compassionate release motion.

3. The Federal Defenders shall file a memorandum of law in support of White's successive section 2255 motions, as well as a memorandum of law in support of his compassionate release motion, on or before July 2, 2021.

4. The U.S. Attorney's Office shall respond to defendant's motions on or before July 23, 2021.

5. The Clerk of Court is directed to send a copy of this Order to Alfred White [43290-054], FCI Fairton, Federal Correctional Institution, P.O. Box 420, Fairton, NJ 08320.

Dated: New York, New York
        June 11, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.