# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 28, 2021

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Alfred White**,
     **96 Cr. 1123 (SHS)**

Dear Judge Stein:

I write regarding the Court's Order dated June 11, 2021 in the above-captioned case appointing the Federal Defenders of New York to represent Alfred White in his pending motions under 18 U.S.C. § 3582(c)(1)(A) and 28 U.S.C. § 2255. Dkt. No. 111. Without objection from the Government, I request an extension of time from July 2, 2021 to July 23, 2021 to file memoranda of law in support of Mr. White's pending motions.

Respectfully Submitted,

*/s/ Andrew J. Dalack*

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc (by ECF): AUSA Jane Chong

**Request granted.**

**Dated:  New York, New York
         June 28, 2021**

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.