# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2021

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Alfred White,**
     **96 Cr. 1123 (SHS)**

Dear Judge Stein:

Without objection from the Government, I request an extension of time from July 23, 2021 to July 30, 2021 to file memoranda of law in support of Mr. White's pending motions. This one-week extension is necessary to gather additional information pertinent to Mr. White's motion for compassionate release.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc (by ECF): AUSA Jane Chong

**Defendant's request for an extension of time until July 30 to file his memorandum of law is granted.**

**Dated: New York, New York**
**July 23, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.