**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 6, 2021

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Alfred White,
      96 Cr. 1123 (SHS)**

Dear Judge Stein:

  Without objection from the Government, I request an extension of time from August 6, 2021 to August 20, 2021 to file memoranda of law in support of Mr. White's pending motions. I am still working with my client to gather additional paperwork and other information from various BOP facilities that I need to perfect my supplemental briefing in support of Mr. White's motions, and I require additional time.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc (By Email & ECF): AUSA Jane Chong

**Request granted.**

**Dated:  New York, New York
         August 6, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.