# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2021

**BY EMAIL & ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Alfred White,**
       **96 Cr. 1123 (SHS)**

Dear Judge Stein:

Without objection from the Government, I request an extension of time from August 20, 2021 to September 3, 2021 to file memoranda of law in support of Mr. White's pending motions. I am still gathering materials pertinent to the merits of his compassionate release motion and to the issues the Second Circuit granted Mr. White leave to pursue under 28 U.S.C. § 2255. As a result, I require additional time to file my supplemental memoranda. The Government consents to this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc (By Email & ECF): AUSA Jane Chong

---

Defendant's request for an extension of time to September 3, 2021, to file a memoranda of law is granted. *No further extensions.*

Dated:  New York, New York
        August 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.