**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 3, 2021

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Alfred White,**
    **96 Cr. 1123 (SHS)**

Dear Judge Stein:

I write on behalf of the parties with respect to the memorandum of law that I just filed in the above-captioned case in support of Alfred White's pending motions for compassionate release and for relief under 28 U.S.C. § 2255. The parties respectfully request that the Court grant the Government leave to respond on or before October 6, 2021, and that the defense be granted leave to reply two weeks later, on or before October 20, 2021.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc (ECF): AUSA Jane Chong

Request granted.

Dated:  New York, New York
        September 8, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.