**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2023

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Alfred White,**
           **96 Cr. 1123 (SHS)**

Dear Judge Stein:

    I write regarding the Court's Order and Amended Judgment dated December 8, 2022 (dkt. no. 130) reducing Alfred White's life sentence to time served followed by five years' supervised release. The defense respectfully requests the Court's endorsement of this letter clarifying that the restitution previously imposed in connection with Mr. White's original judgment no longer applies, given the passage of time, the terms of the original restitution order, and the fact that Mr. White's offense conduct predated Congress's passage of the Mandatory Victim Restitution Act in 1996 (18 U.S.C. § 3663A). The Government does not object to this application.

    I thank the Court for its consideration of this motion. I am also pleased to inform the Court that, according to Mr. White's probation officer, he is doing "extremely well" on supervised release, having obtained full-time employment and avoided any contact with law enforcement.

    Respectfully Submitted,

    Andrew J. Dalack, Esq.
    Assistant Federal Defender
    (646) 315-1527

Cc:    AUSA Jane Chong
       USPO Michael Estreicher

The request as set forth above is granted.

Dated: New York, New York
       May 12, 2023

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.