UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 96-cr-1123 (SHS) |
| -v- | : | <u>ORDER</u> |
| ALFRED WHITE, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

    The government shall respond to defendant's request for early termination of supervised release [Doc. No. 133] by January 24, 2025.

Dated: New York, New York
       January 17, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.